| 1. Person Reporting (last name, first, middle initial)<br><br>Conti, Joy Flowers | 2. Court or Organization<br><br>U.S. District Court WDPA | 3. Date of Report<br><br>05/12/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>to<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>Joseph F. Weis Jr. U.S. Courthouse<br>700 Grant Street, Suite 5250<br>Pittsburgh, PA 15219 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Honorary Board Member | Catholic Charities |
| 2. Regent | Kushkushkee Trail Chapter of the Daughters of the American Revolution |
| 3. Member | University of South Carolina School of Law Cybersecurity Legal Task Force |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Boenning & Scattergood - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Commonwealth of PA | December 31, 2018 - January 1, 2019 | Harrisburg, PA | Swearing in Ceremony | Lodging, Transportation, Meals |
| 2. | ALM Media, LLC | January 29 - February 2, 2019 | New York, NY | Legal Tech | Lodging, Transportation, Meals |
| 3. | The Naples Roundtable, Inc. | February 17-19, 2019 | Naples, FL | Leahy Institute of Advanced Patent Studies | Lodging, Transportation, Meals |
| 4. | Sandpiper Partners LLC | February 26-27, 2019 | Chicago, IL | The Sixth Annual Innovation in E-Discovery Conference | Lodging, Transportation, Meals |
| 5. | The American Law Institute | May 20-22, 2019 | Washington, DC | The 96th Annual Meeting | Lodging, Transportation, Meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Conti, Joy Flowers | 05/12/2020 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 6. | Electronic Discovery Institute | June 5-6, 2019 | Columbus, OH | The 4th Annual EDI Summer Meeting | Lodging, Transportation, Meals |
| 7. | WC Research, Inc. | July 24-25, 2019 | New York, NY | 16th Annual Summit on Protecting Innovations in the Financial Services Industry | Lodging, Transportation, Meals |
| 8. | Foley & Lardner LLP\ | September 19-20, 2019 | Chicago, IL | Foley's Labor and Employment Summit | Lodging, Transportation, Meals |
| 9. | Intellectual Property Owners | September 24-26, 2019 | Washington, DC | IPO Annual Meeting | Lodging, Transportation, Meals |
| 10. | University of South Carolina | October 2-3, 2019 | Columbia, SC | Columbia South Carolina Task Force Meeting | Lodging, Transportation, Meals |
| 11. | Foley & Lardner LLP | October 3-4, 2019 | Chicago, IL | Foley's 15th Annual IP Conference | Lodging, Transportation, Meals |
| 12. | The Sedona Conference | October 23-25, 2019 | St. Louis, MO | The Sedona Conference | Lodging, Transportation, Meals |
| 13. | Dawn D. Johnson, FDIC | November 11-13, 2019 | Arlington, VA | FEDWG Ethics Session: E-Discovery A View from the Bench | Lodging, Transportation, Meals |
| 14. | Open Text | November 13-14, 2019 | Las Vegas, NV | Enfuse Conference | Lodging, Transportation, Meals |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ . NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. BROKERAGE ACCOUNT #1 - J (H) | | | | | | | | | |
| 2. -Red Mountain Resource Inc Stock | | None | | | Sold | 07/12/19 | J | | |
| 3. -Standard Bank Deposit Account | A | Interest | J | T | | | | | |
| 4. -Pa Economic Dev Fing Auth Bond (2.55% due 11/01/41) | | None | | | Sold | 05/30/19 | K | E | |
| 5. ROTH IRA ROLLOVER ACCOUNT #1 - W (H) | | | | | | | | | |
| 6. -New Residential Invt Corp Stock | C | Dividend | K | T | | | | | |
| 7. -Bank of New York Mellon Corp Stock | A | Dividend | | | Sold | 02/21/19 | K | B | |
| 8. -SPDR S&P 500 ETF Trust Units | B | Dividend | L | T | | | | | |
| 9. -SPDR SER TR S&P BK ETF | | None | | | Sold | 02/21/19 | J | B | |
| 10. -Fidelity Advusor Ser VII Technology Fund Cl A | A | Dividend | K | T | | | | | |
| 11. -JP Morgan Chase & Co Stock | A | Dividend | K | T | Sold (part) | 02/21/19 | J | B | |
| 12. -Standard Bank Deposit Account | A | Interest | K | T | | | | | |
| 13. -Conifer Hldgs 6.75% Pfd Inc Sr Note due 09/30/23 | B | Interest | J | T | | | | | |
| 14. -Priority Income Fund Pfd Ser C 6.625% due 06/30/24 | A | Dividend | K | T | Buy | 02/20/19 | J | | |
| 15. -Galectin Theraputics Stock | | None | J | T | Buy | 03/01/19 | J | | |
| 16. -Merchants Bancorp 7% Pfd Perp Mty Call 04/01/24 | A | Interest | J | T | Buy | 03/21/19 | J | | |
| 17. -First Internet 6% Pfd Bancorp due 6/30/29 | A | Interest | J | T | Buy | 06/05/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. RETIREMENT PLAN #2 - W (H) | | | | | | | | | |
| 19. -TIAA Traditional Annuities | D | Interest | M | T | | | | | |
| 20. -Vanguard REIT Index Fund | A | Dividend | J | T | Sold (part) | 04/12/19 | J | A | |
| 21. | | | | | Sold (part) | 05/15/19 | J | A | |
| 22. | | | | | Sold (part) | 06/17/19 | J | A | |
| 23. | | | | | Sold (part) | 07/15/19 | J | A | |
| 24. | | | | | Sold (part) | 08/15/19 | J | A | |
| 25. | | | | | Sold (part) | 09/16/19 | J | A | |
| 26. | | | | | Sold (part) | 10/15/19 | J | A | |
| 27. | | | | | Sold (part) | 11/15/19 | J | A | |
| 28. | | | | | Sold (part) | 12/16/19 | J | A | |
| 29. -CREF Stock R2 Fund | | None | L | T | Sold (part) | 04/12/19 | J | A | |
| 30. | | | | | Sold (part) | 05/15/19 | J | A | |
| 31. | | | | | Sold (part) | 06/17/19 | J | A | |
| 32. | | | | | Sold (part) | 07/15/19 | J | A | |
| 33. | | | | | Sold (part) | 08/15/19 | J | A | |
| 34. | | | | | Sold (part) | 09/16/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 10/15/19 | J | A | |
| 36. | | | | | Sold (part) | 11/15/19 | J | A | |
| 37. | | | | | Sold (part) | 12/16/19 | J | A | |
| 38. -CREF Money Market R2 | | None | L | T | Sold (part) | 04/12/19 | J | A | |
| 39. | | | | | Sold (part) | 05/15/19 | J | A | |
| 40. | | | | | Sold (part) | 06/17/19 | J | A | |
| 41. | | | | | Sold (part) | 07/15/19 | J | A | |
| 42. | | | | | Sold (part) | 08/15/19 | J | A | |
| 43. | | | | | Sold (part) | 09/16/19 | J | A | |
| 44. | | | | | Sold (part) | 10/15/19 | J | A | |
| 45. | | | | | Sold (part) | 11/15/19 | J | A | |
| 46. | | | | | Sold (part) | 12/16/19 | J | A | |
| 47. -Vanguard Infl Protect Sec Adm Fund | | None | | | Sold | 04/04/19 | K | | |
| 48. -Vanguard Small Cap Index Fund | A | Dividend | K | T | Sold (part) | 04/12/19 | J | A | |
| 49. | | | | | Sold (part) | 05/15/19 | J | A | |
| 50. | | | | | Sold (part) | 06/17/19 | J | A | |
| 51. | | | | | Sold (part) | 07/15/19 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/15/19 | J | A | |
| 53. | | | | | Sold (part) | 09/16/19 | J | A | |
| 54. | | | | | Sold (part) | 10/15/19 | J | A | |
| 55. | | | | | Sold (part) | 11/15/19 | J | A | |
| 56. | | | | | Sold (part) | 12/16/19 | J | A | |
| 57. -Vanguard Mid Cap Index Fund | A | Dividend | K | T | Sold (part) | 04/12/19 | J | A | |
| 58. | | | | | Sold (part) | 05/15/19 | J | A | |
| 59. | | | | | Sold (part) | 06/17/19 | J | A | |
| 60. | | | | | Sold (part) | 07/15/19 | J | A | |
| 61. | | | | | Sold (part) | 08/15/19 | J | A | |
| 62. | | | | | Sold (part) | 09/16/19 | J | A | |
| 63. | | | | | Sold (part) | 10/15/19 | J | A | |
| 64. | | | | | Sold (part) | 11/15/19 | J | A | |
| 65. | | | | | Sold (part) | 12/16/19 | J | A | |
| 66. -American Mutual Fund R6 | A | Dividend | K | T | Sold (part) | 04/12/19 | J | A | |
| 67. | | | | | Sold (part) | 05/15/19 | J | A | |
| 68. | | | | | Sold (part) | 06/17/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 07/15/19 | J | A | |
| 70. | | | | | Sold (part) | 08/15/19 | J | A | |
| 71. | | | | | Sold (part) | 09/16/19 | J | A | |
| 72. | | | | | Sold (part) | 10/15/19 | J | A | |
| 73. | | | | | Sold (part) | 11/15/19 | J | A | |
| 74. | | | | | Sold (part) | 12/16/19 | J | A | |
| 75. -Dodge & Cox Income Fund | B | Dividend | K | T | Buy | 04/04/19 | K | | |
| 76. | | | | | Sold (part) | 04/12/19 | J | A | |
| 77. | | | | | Sold (part) | 05/15/19 | J | A | |
| 78. | | | | | Sold (part) | 06/17/19 | J | A | |
| 79. | | | | | Sold (part) | 07/15/19 | J | A | |
| 80. | | | | | Sold (part) | 08/15/19 | J | A | |
| 81. | | | | | Sold (part) | 09/16/19 | J | A | |
| 82. | | | | | Sold (part) | 10/15/19 | J | A | |
| 83. | | | | | Sold (part) | 11/15/19 | J | A | |
| 84. | | | | | Sold (part) | 12/16/19 | J | A | |
| 85. ROTH IRA ROLLOVER ACCOUNT #3 - H (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Navidea Biopharmaceuticals Stock | | None | | | Sold | 01/25/19 | J | | |
| 87. -Boeing Co Stock | A | Dividend | | | Sold | 03/12/19 | L | E | |
| 88. -JP Morgan Value Advantage Fund | A | Dividend | K | T | | | | | |
| 89. -JP Morgan Chase & Co Stock | A | Dividend | K | T | | | | | |
| 90. -SPDR S&P 500 ETF Trust Units | A | Dividend | K | T | | | | | |
| 91. -Standard Bank Deposit Account | A | Interest | J | T | | | | | |
| 92. -Assured Guaranty Ltd | A | Dividend | K | T | | | | | |
| 93. -Conifer Hldgs 6.75% Pfd Inc Sr Note due 09/30/23 | A | Dividend | J | T | | | | | |
| 94. -Invesco Oppenheimer Global Opport Fund (Name Change) | A | Dividend | J | T | | | | | |
| 95. -Southerly Hotels 8.25% Pfd Perp Mty Call 04/18/24 | B | Interest | K | T | Buy | 04/11/19 | J | | |
| 96. -ETF Managers Trust Prime Cyber Sec | A | Dividend | J | T | Buy | 05/13/19 | J | | |
| 97. -First Internet 6% Pfd Bancorp Note Due 6/30/29 | A | Interest | K | T | Buy | 06/05/19 | J | | |
| 98. -New Residential Invt Corp Stick | B | Dividend | K | T | Buy | 06/12/19 | K | | |
| 99. IRA ROLLOVER ACCOUNT #6 - H (H) | | | | | | | | | |
| 100. -S&T Bancorp Stock | A | Dividend | K | T | | | | | |
| 101. -Standard Bank Deposit Account | A | Interest | K | T | | | | | |
| 102. - Boeing Co Stock | B | Dividend | | | Sold | 03/13/19 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Navidia Biopharmaceuticals Inc Stock | | None | | | Sold | 02/21/19 | J | | |
| 104. -JP Morgan Value Advantage Fund | B | Dividend | K | T | | | | | |
| 105. -SPDR SER TR S&P REGL BKG ETF | A | Distribution | J | T | | | | | |
| 106. -SPDR SER TR S&P BK ETF | A | Dividend | J | T | | | | | |
| 107. -SPDR S&P 500 ETF Trust Units | A | Dividend | K | T | | | | | |
| 108. -JP Morgan Chase & Co Stock | A | Dividend | K | T | Sold (part) | 02/21/19 | J | A | |
| 109. -New Residential Invt Corp Stock (REIT) | B | Dividend | K | T | | | | | |
| 110. -Vanguard Information ETF Technology | A | Dividend | J | T | | | | | |
| 111. -Weatherford International PLC Stock New (Name Change) | | None | J | T | | | | | |
| 112. -Priority Income Fund Pfd Ser C 6.625% Mty 06/30/24 | A | Dividend | K | T | Buy | 02/20/19 | J | | |
| 113. -Merchants Bancorp 7% Pfd Perp Mty Call 04/01/24 | B | Interest | K | T | Buy | 03/21/19 | K | | |
| 114. -Tristate Cap 6.375% Pfd Perp Call 07/01/24 | A | Interest | K | T | Buy | 05/21/19 | J | | |
| 115. CITIZENS BANK ACCOUNTS | | None | J | T | | | | | |
| 116. MASSACHUSETTS MUTUAL WHOLE LIFE INS POLICY | | None | K | T | | | | | |
| 117. MASSACHUSETTS MUTUAL WHOLE LIFE INS POLICY | | None | K | T | | | | | |
| 118. METROPOLITAN LIFE WHOLE LIFE INS POLICY | | None | K | T | | | | | |
| 119. METRO LIFE (Name Change from Genl Amer) WHOLE LIFE INS POLICY | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. MASSACHUSETTS MUTUAL WHOLE LIFE INS POLICY | | None | K | T | | | | | |
| 121. METROPOLITAN LIFE WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 122. NORTHWESTERN WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 123. MASSACHUSETTS MUTUAL WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 124. MASSACHUSETTS MUTUAL WHOLE LIFE INS POLICY | | None | J | T | | | | | |
| 125. HUNTINGTON BANK ACCOUNT | | None | J | T | | | | | |
| 126. BROKERAGE ACCOUNT #2 (W) (H) | | | | | | | | | |
| 127. -New Residential Investment Corp Stock (REIT) | A | Dividend | J | T | | | | | |
| 128. -Standard Bank Deposit Account | A | Interest | J | T | | | | | |
| 129. ROTH IRA ROLLOVER ACCOUNT #7 - tH (H) | | | | | | | | | |
| 130. -Safe-T-Shade LLC | | None | K | T | | | | | |
| 131. -Averatek Inc Stock | | None | J | T | | | | | |
| 132. -Averatek 8% Convertible Note due 4/30/22 | A | Interest | J | T | | | | | |
| 133. SEVENTH STREET INVESTMENT LP | | None | K | T | | | | | |
| 134. TAASERA INC STOCK | | None | K | T | | | | | |
| 135. 401(K) PLAN #1 - H (H) | | | | | | | | | |
| 136. -Standard Bank Deposit Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Conti, Joy Flowers | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -T2 Biosystems, Inc Stock | | None | | | Buy | 02/26/19 | J | | |
| 138. -T2 Biosystems, Inc Stock | | | | | Sold | 05/23/19 | J | | |
| 139. -Invesco QQQ ETF Trust Units | A | Dividend | J | T | Buy | 12/12/19 | J | | |
| 140. -SPDR S&P 500 ETF Trust Units | A | Dividend | J | T | Buy | 12/12/19 | J | | |
| 141. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ADDITIONAL INFORMATION FOR:


Part VII    Investments and Trusts

From prior years:

There is no Retirement Plan #1

There is no IRA Rollover/Roth IRA Rollover Accounts # 2, 4 or 5

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joy Flowers Conti**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544